UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

LOTVER LUIS TARAX-JUAREZ

CASE NO.  2:26-cr- 132-SPC-NPM
18 U.S.C. §§ 111, 1361
(Assault on Federal Officer;
Depredation on Federal
Property)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Assaulting, Resisting, or Impeding a Federal Officer)

On or about April 7, 2026, in the Middle District of Florida, the defendant,

LOTVER LUIS TARAX-JUAREZ,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with persons designated in 18 U.S.C. § 1114, to wit, Victims 1 and 2, both Immigration and Customs Enforcement deportation officers, who were engaged in official duties, on account of the performance of official duties, where such acts involved physical contact with Victims 1 and 2.

In violation of 18 U.S.C. § 111(a).

## COUNT TWO
### (Depredation Against Federal Property)

On or about April 7, 2026, in the Middle District of Florida, the defendant,

LOTVER LUIS TARAX-JUAREZ,

willfully and by means of forcefully throwing such property to the ground, did injure

and commit a depredation against, and attempt to injure and commit a depredation against, property of the United States and of a department and agency thereof, to wit, the United States Bureau of Immigration and Customs Enforcement, where the damage and attempted damage to such property exceeded the sum of $1,000.

In violation of 18 U.S.C. § 1361.

## FORFEITURE

1.     The allegations contained in Count Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.     Upon conviction of a violation of 18 U.S.C. § 1361, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property constituting or derived from proceeds traceable to the violation.

3.     If any of the property described above, as a result of any act or omission of the defendant:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

2

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _Benjamin S. Winter_
Benjamin S. Winter
Assistant United States Attorney

By: _Jesus M. Casas_
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

3

FORM OBD-34
APR 1991

No. 2:26-cr- 132 - SPC-NPM

## UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

### THE UNITED STATES OF AMERICA

vs.

### LOTVER LUIS TARAX-JUAREZ

## INDICTMENT

Violations:
18 U.S.C. § 111(a)
18 U.S.C. § 1361

A true bill.

_____
Foreperson

Filed in open court this 29th day

of April, 2026

_____
Clerk

Bail $_____

GPO 863 525